# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In Re: MICHELLE L. VALIER BOWMAN,  )
Attorney at Law, Bar No. 11877               )
                                                                  )   Case No.: 2:17-ms-00082
                                                                  )
                                                                  )   **ORDER OF DISBARMENT**
                                                                  )
                                                                  )
                                                                  )
                                                                  )

On September 19, 2017, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of October 5, 2017. The Order to Show Cause provided Ms. Valier Bowman with thirty (30) days to respond with reasons why she should not be disbarred from the practice of law in this Court. No response has been received from Ms. Valier Bowman. Failure to respond within thirty (30) days warrants an Order of Disbarment. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Michelle L. Valier Bowman, Nevada State Bar No. 11877, is hereby **DISBARRED** from practice in United States District Court for the District of Nevada.

**DATED** this  30  day of November, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this  4th  day of December, 2017, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>Michelle L. Valier Bowman
>1150 Union Ave. NE, Unit 10-4
>Renton, WA 98059

Certified Mail No.:   7016 2140 0000 1723 4833

>/s/ Michael Zadina
>Deputy Clerk
>United States District Court,
>District of Nevada